**Dated: May 16, 2024**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: Jennifer Lynn Reid, | ) | |
| | ) | |
| Debtor., | ) | Bk 23-10481-SAH |
| | ) | (Chapter 7) |
| | ) | |
| Jennifer Lynn Reid, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Adv. No. 24-01002-SAH |
| | ) | |
| United States Department of Education, | ) | |
| Defendant. | ) | |

**ORDER ON JOINT STIPULATION**

Plaintiff Jennifer Lynn Reid and Defendant United States Department of Education, having entered into a Stipulation filed with the Court (the "Stipulation"), Doc. 17, and good cause appearing, it is hereby ordered, adjudged, and declared

that:

1. All debt incurred by Plaintiff on account of the Subject Debt, as that term is defined in the Stipulation, is discharged pursuant to 11 U.S.C. § 523(a)(8) and this Court's Order of Discharge entered on May 31, 2024, in the above-captioned bankruptcy case, Case No. 23-10481-SAH, Doc. 9

2. Each party shall bear their own costs, expenses, and attorney's fees.

3. All unexpired dates and deadlines set by this Court are vacated.

4. The Clerk shall close the above captioned adversary proceeding.

####

APPROVED:

ROBERT J. TROESTER
United States Attorney

*s/ Sarah A. McMurray*
Sarah A. McMurray, OBA No. 31566
Assistant U.S. Attorney
United States Attorney's Office
210 Park Ave., Ste. 400
Oklahoma City, OK  73102
(405) 553-8745 - (fax) 553-8885
Email: Sarah.McMurray@usdoj.gov
*Attorney for United States of America ex rel., Department of Education*

*s/ Kenneth L. Neeley (with permission)*
Kenneth L. Neeley
Nicholas T. Van Vleet
Geoffrey M. Khotim
Sarah S. Barry
Neeley Law
1120 S. Dobson Rd., Ste. 230
Chandler, AZ 85286
ECF@neeleylaw.com
*Counsel for Plaintiff Jennifer Lynn Reid*